1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   FABIAN HANCY MICHEL,                    1:21-cv-01678-JLT (PC)

12              Plaintiff,

                                             **ORDER TRANSFERRING CASE TO THE**
13       v.                                  **SACRAMENTO DIVISION OF THE**
                                             **EASTERN DISTRICT OF CALIFORNIA**
14   CONNIE GIPSON, et al.,

15              Defendants.

16

17          Plaintiff has filed this action pursuant to 42 U.S.C. § 1983 alleging violations of his civil

18   rights by defendants. The alleged violations took place in Amador County, which is part of the

19   Sacramento Division of the United States District Court for the Eastern District of California.

20   Therefore, the complaint should have been filed in the Sacramento Division.

21          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

22   court may, on the court's own motion, be transferred to the proper court. Therefore, this action

23   will be transferred to the Sacramento Division.  Accordingly, it is **ORDERED** that:

24          1.  This action is transferred to the United States District Court for the Eastern District of

25   California sitting in Sacramento; and

26          2.  All future filings shall refer to the new Sacramento case number assigned and shall be

27   filed at:

28

                                                    1

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   __**November 23, 2021**__              _____ **/s/ Jennifer L. Thurston**
                                                CHIEF UNITED STATES MAGISTRATE JUDGE