UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN HANCY MICHEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-2178 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is a state prisoner, proceeding pro se.  By an order filed November 29, 2021, plaintiff was ordered to file an in forma pauperis affidavit or pay the $402.00 filing fee, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty-day period has now expired, and plaintiff has not responded to the court's order and has not filed the required document or paid the filing fee.

　　　　In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

　　　　IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned

1 | "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
2 | objections shall be filed and served within fourteen days after service of the objections.  The
3 | parties are advised that failure to file objections within the specified time may waive the right to
4 | appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5 | Dated:  January 12, 2022

*[Signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

9 | /mich2178.fpf