UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN HANCY MICHEL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　　　　Defendants. | No.  2:21-cv-2178 KJN P<br><br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding pro se.  On January 24, 2022, plaintiff filed an amended complaint and a motion for temporary restraining order and preliminary injunction.

　　　　On November 29, 2021, plaintiff was ordered to file an in forma pauperis affidavit or pay the $402.00 filing fee and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  Plaintiff failed to comply with such order, and on January 12, 2022, it was recommended that this action be dismissed.

　　　　In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and he must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying injunctive relief until an action has been

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

properly commenced.  Therefore, the court is unable to screen plaintiff's amended complaint or address plaintiff's motion for injunctive relief on the merits.  If plaintiff fails to file an application to proceed in forma pauperis or pay the court's filing fee, as required by the November 29, 2021 order, the findings and recommendations will be forwarded to the district court for adoption, the motion for preliminary relief will be denied, and this action dismissed.

Accordingly, IT IS HEREBY ORDERED that the court will take no action on plaintiff's motion (ECF No. 10) unless and until plaintiff complies with the November 29, 2021 order.

Dated:  January 27, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mich2178.disr

2