1
2
3
4
5
6
7

8                                 UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FABIAN HANCY MICHEL,                          No.  2:21-cv-2178 WBS KJN P

12                       Plaintiff,

13          v.                                      ORDER

14    CONNIE GIPSON, et al.,

15                       Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 24, 2022, the undersigned recommended that this action be dismissed without

21    leave to amend because he failed to identify a cognizable due process violation in connection with

22    the December 6, 2020 rules violation report.  (ECF No. 25 at 6.)  On November 7, 2022, another

23    inmate prepared objections for plaintiff, which are signed by plaintiff, stating that because

24    plaintiff is receiving mental health care services at the EOP[1] level of care and has been identified

25    _____

26    [1]  The Mental Health Services Delivery System Program Guide for the California Department of
      Corrections and Rehabilitation provides four levels of mental health care services:  Correctional
27    Clinical Case Management System ("CCCMS"); Enhanced Outpatient ("EOP"); Mental Health
      Crisis Bed ("MHCB") and inpatient hospital care.  Coleman v. Brown, 2013 WL 6491529, at *1
28    (E.D. Cal. Dec. 10, 2013).

                                                    1

1    as developmentally disabled, plaintiff did not understand what the court required in its prior

2    screening orders.  (ECF No. 26.)  Plaintiff seeks leave to file a third amended complaint.

3            As noted in the court's prior screening orders, it is unclear plaintiff can rectify the

4    pleading defects by amendment.  However, in an abundance of caution, plaintiff is granted leave

5    to submit a third amended complaint.  However, in the interim, the findings and recommendations

6    shall remain pending.  If plaintiff fails to file a third amended complaint, the findings and

7    recommendations will be referred to the district court for review and adoption.

8            Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date

9    of this order to file a third amended complaint.  Failure to file such pleading may result in the

10   dismissal of this action.

11   Dated:  November 14, 2022

12

13                                                      _____
                                                        KENDALL J. NEWMAN
14                                                      UNITED STATES MAGISTRATE JUDGE

15   /mich2178.lta

16

17

18

19

20

21

22

23

24

25

26

27

28